| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Ellisa E. Jones** | Social Security number or ITIN **xxx–xx–2942** |
| First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN ____ |
| First Name  Middle Name  Last Name | EIN __–_____ |
| United States Bankruptcy Court **Northern District of Illinois** | |
| Case number: **16–09616** | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ellisa E. Jones

June 14, 2016      **For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 16-09616-DRC
Ellisa E. Jones                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2              Date Rcvd: Jun 14, 2016
                              Form ID: 318             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2016.
```
db            +Ellisa E. Jones,    1221 Coventry Place, Apt. G,    Aurora, IL 60506-2195
24343149       Advance paycheck,    2400 Catpm Far, Rpd,    Imot {,    Crest Hill, IL 60403
24343152      +Check n Go,    1276A North Lake Street,    Aurora, IL 60506-2470
24343153      +Christian Brothers Risk Pooling Tru,    1205 Windham Parkway,    Romeoville, IL 60446-1672
24343154      +Comcast,    1255 W. North Ave.,    Chicago, IL 60642-1562
24343155      +Comcast Cable Comminucations,    c/o Enchanced Recovery Company,    PO Box 57547,
                Jacksonville, FL 32241-7547
24343160       Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070
24343162      +Gallagher Bassett Service,    1901 S meyers Road,    Suite 200 D,
                Oak Park Terrace, IL 60181-5206
24343163      +Gallagher Bassett Service, Inc.,    1101 Perimeter Dr,    Schaumburg, IL 60173-5844
24343164      +Illinois Department of Insurance,    320 West Washington Street,    Springfield, IL 62767-0002
24343165       Innsbruck Apartments,    Bolingbrook, IL
24343166      +Lending Tree,    6440 S. Wasatch Blvd,    Suite 300,    Salt Lake City, UT 84121-3518
24343167      +Marmon Academy,    1000 Butterfield road,    Aurora, IL 60502-9742
24343168      +Nationwide Cac Limited,    10255 West Higgins Road,    Suite 300,    Rosemont, IL 60018-5620
24343169      +Nationwide Cassel,    3435 N.,   Cicero Ave.,    Chicago, IL 60641-3794
24343171      +Pinnacle,    PO Box 640,    Hopkins, MN 55343-0640
24343172       Portfolio Recovery Associates,    Bankruptcy Department,    500 W. 1st Ave,
                Hutchinson, KS 67501-5222
24343173       Praetorian Insurance Company,    88 Pine Street Wall Street Plaza,    New York, NY 10005
24343174       QBE Americas, Inc.,    PO Box 19702,    Irvine, CA 92623-9702
24343176      +Sierra Lending,    PO Box 647,    Santa Ysabel, CA 92070-0647
24343177       Simple Finance,    Aurora, IL 60506
24343180       T-Mobile,    c/o Enchanced Recovery Company,    PO Box 57547,    Jacksonville, FL 32241-7547
24343181      +Tremont Financial,    PO Box 608,    Sioux Falls, SD 57101-0608
24343182      +Verizon,    500 Technology Dr., Ste. 550,    Saint Charles, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
24343150      +E-mail/Text: alison@cp.allcreditlenders.net Jun 15 2016 02:20:03     All Credit Lenders,
                474 N. Greenbay Road,    Waukegan, IL 60085-3149
24343179       EDI: AISTMBL.COM Jun 15 2016 01:43:00      T Mobile,    PO Box 742596,
                Cincinnati, OH 45274-2596
24343152      +EDI: CHECKNGO.COM Jun 15 2016 01:43:00      Check n Go,    1276A North Lake Street,
                Aurora, IL 60506-2470
24343156       E-mail/Text: legalcollections@comed.com Jun 15 2016 02:20:26      Commonwealth Edison,
                Bankruptcy Department,    2100 Swift Drive,    Oak Brook, IL 60523-1559
24343158       E-mail/Text: legalcollections@comed.com Jun 15 2016 02:20:26      Commonwealth Edison,
                PO Box 6111,    Carol Stream, IL 60197-6111
24343157       E-mail/Text: legalcollections@comed.com Jun 15 2016 02:20:26      Commonwealth Edison,
                Bankruptcy Department,    3 Lincoln Center,    Oak Brook Terrace, IL 60181-4204
24343159      +E-mail/Text: CCICollectionsGlobalForms@cox.com Jun 15 2016 02:20:21     Cox Cable,
                700 N. Rancho,    Las Vegas, NV 89106-3707
24343170       EDI: RMSC.COM Jun 15 2016 01:43:00      Old Navy,    PO Box 981064,    El Paso, TX 79998-1064
24343175      +E-mail/Text: bankruptcy@rentacenter.com Jun 15 2016 02:21:15     Rent A Center,
                1701 N. Larkin,    Crest Hill, IL 60403-1954
24343178       EDI: NEXTEL.COM Jun 15 2016 01:43:00      Sprint,    Attn: Bankruptcy Dept.,    P.O. Box 7949,
                Overland Park, KS 66207-0949
24343183      +E-mail/Text: bankruptcynotice@westlakefinancial.com Jun 15 2016 02:18:55     Westlake Financial,
                137 North Virgil Ave., #100,    Los Angeles, CA 90004-4811
                                                                                              TOTAL: 11
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24343151       BCH Roscoe LLC
24343161       CreditEd.com
24343148     ##+Advance America,    5942 W Touhy Ave,    Niles, IL 60714-4610
                                                                                   TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: admin                Page 2 of 2                  Date Rcvd: Jun 14, 2016
                               Form ID: 318               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2016 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Ellisa E. Jones davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;IL85@ecfcbis.com;iprice@springerbrown.com
                                                                                             TOTAL: 3
```